IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CV-288-D

| | |
|---|---|
| J.O.C. FARMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THOMAS JAMES VILSACK, ) | |
| SECRETARY OF AGRICULTURE FOR ) | |
| THE UNITED STATES OF AMERICA; ) | |
| WILLIAM J. MURPHY, ) | |
| ADMINISTRATOR FOR THE RISK ) | |
| MANAGEMENT AGENCY, UNITED ) | |
| STATES DEPARTMENT OF ) | |
| AGRICULTURE; and the RISK ) | |
| MANAGEMENT AGENCY, UNITED ) | |
| STATES DEPARTMENT OF ) | |
| AGRICULTURE ) | |
| ) | |
| Defendants. ) | |

For good cause being shown upon the motion of the United States of America, IT IS HEREBY ORDERED THAT discovery is stayed, until the court rules on the pending dispositive motion to dismiss for failure to state a claim or enter judgment on the pleadings.

SO ORDERED THIS __5__ day of July, 2017.

JAMES C. DEVER, III
Chief United States District Judge