UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| J.O.C. FARMS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 4:16-CV-288-D** |
| | ) | |
| | ) | |
| SONNY PERDUE, Secretary of Agriculture | ) | |
| for the United States of America, | ) | |
| HEATHER MANZANO, Administrator for | ) | |
| the Risk Management Agency, United | ) | |
| States Department of Agriculture, and the | ) | |
| RISK MANAGEMENT AGENCY, United | ) | |
| States Department of Agriculture, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 29] and DENIES JOC's cross-motion for summary judgment [D.E. 33].

**This Judgment Filed and Entered on August 27, 2018, and Copies To:**

| | |
|---|---|
| Hugh Stevens | (via CM/ECF electronic notification) |
| Michael J. Tadych | (via CM/ECF electronic notification) |
| Neal Fowler | (via CM/ECF electronic notification) |

DATE:  
August 27, 2018

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk