N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CV-288-D

J.O.C. FARMS, L.L.C.,

    Plaintiff,

vs.

SONNY PERDUE, SECRETARY OF
AGRICULTURE FOR THE UNITED
STATES OF AMERICA;
HEATHER MANZANO,
ADMINISTRATOR FOR THE RISK
MANAGEMENT AGENCY, UNITED
STATES DEPARTMENT OF
AGRICULTURE; and the RISK
MANAGEMENT AGENCY, UNITED
STATES DEPARTMENT OF
AGRICULTURE,

    Defendants.

**ORDER GRANTING PLAINTIFFS' MOTION TO DEEM NOTICE OF APPEAL TIMELY FILED**

This cause comes before the Court on the Plaintiff JOC Farms, L.L.C.'s Motion to Deem Notice of Appeal Timely Filed. For good cause shown, the plaintiff's motion is GRANTED. Plaintiff's Notice of Appeal is deemed timely filed.

SO ORDERED, this the 30 day of October, 2018.

James C. Dever III
~~Chief~~ United States District Judge